THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BBC CHARTERING & LOGISTIC GmbH & CO. KG,<br><br>Plaintiff,<br><br>v.<br><br>VESTAS AMERICAN WIND TECHNOLOGY, INC. and C.S. WIND TOWER COMPANY, LTD.,<br><br>Defendants. | At Law or In Admiralty<br><br>No. C09-5121RBL<br><br>**PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

## INTRODUCTION

By filing its declaratory judgment action in this Court, Plaintiff BBC Chartering & Logistics GmbH & Co. KG exercised its right to waive the foreign forum selection clause in the subject contract of carriage. Therefore, the forum clause does not prevent Plaintiff from bringing this action in this District, where Defendant is registered to do business, where the

PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS – Page 1
[C09-5121RBL]

27253 kf011401

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

subject lost and damaged cargo was destined to be delivered, and where key witnesses are located.

## FACTS

For the most part, Plaintiff agrees with the recitation of facts provided in Defendant's opening brief. This is a maritime case about damage and loss of cargo being transported from Vietnam to Vancouver, Washington. Plaintiff was the "Carrier" that contracted to perform that ocean carriage.

The vessel ultimately arrived at Vancouver, where a joint survey was performed as to the lost and damaged cargo, and as to the likely causes of the loss and damage, this being done out within about 24 hours of the vessel's arrival.

The contract of carriage between Plaintiff and Defendant regarding this shipment is the bill of lading attached to the Complaint *(Dkt. No. 1)* and to Defendant's Motion to Dismiss *(Dkt. No. 15)*. A provision in the bill of lading provides that disputes shall exclusively be determined in the courts of the country where Plaintiff ("the Carrier") has its principal place of business. Plaintiff admits its principal place of business is in Germany.

However, Plaintiff denies Defendant's claim that Plaintiff "ignored" the forum clause in the bill of lading. What Plaintiff did by filing this action in the Western District of Washington was to waive that forum provision.

## ARGUMENT AND AUTHORITIES

It is well established that a party may unilaterally waive any provision of a contract or statute that is intended for that party's benefit. *Shutte v. Thompson,* 82 U.S. 151, 159 (1872); *U.S. v. Mabry,* 536 F.3d 231, 237 (3rd Cir., 2008); *New York v. Microsoft Corp.,* 209 F.Supp.2d 132, 143 (D. D.C., 2002).

PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS – Page 2
[C09-5121RBL]
27253 kf011401

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

The forum provision in the subject bill of lading was clearly intended for the sole benefit of Plaintiff. It provided that, regardless of the facts of a dispute under the bill of lading, suit would be pursued in Germany, where Plaintiff has its principal place of business. In its opening brief, Defendant admits this was a provision of "...[Plaintiff's] own choosing, to which [Defendant] was required to adhere in order to receive shipment of its cargo...." *(Dkt. 15, 5:1-2)*. Since Plaintiff was the intended sole beneficiary of that provision, it was within Plaintiff's power to waive it.

That is what Plaintiff did by initiating suit in this District, based upon normal venue concepts, and in light of the fact the destination of the carriage was in this District, and the fact Defendant is registered to do business here. This Circuit has recognized that a party may waive a forum selection provision. *Sparling v. Hoffman Construction Company, Inc., 864 F.2d 635, 639 (9th Cir., 1988) (dicta)*.

In addition to Plaintiff's right to waive the forum clause in favor of litigation taking place in the Western District, locating the litigation here makes practical sense. Defendant is registered to do business in this State (see accompanying *Declaration of Marc E. Warner, para. 2)*. The vessel was bound for and ultimately discharged cargo in this District. A marine surveyor retained by Plaintiff, who is based in Seattle, conducted an inspection of the cargo loss and damage, and an investigation as to the cause of the incident. A copy of Edward F. Travers & Associates' report of survey conducted on December 5 and 6, 2007, within three days of the loss and damage and within 24 hours of the vessel arriving at Vancouver is attached to the *Declaration of Marc E. Warner, para.3*. The survey report recites that Plaintiff's local surveyor engaged in a joint inspection of the cargo, in which representatives of Defendant, its insurer and various other entities participated *(pg. 2 of*

PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS – Page 3
[C09-5121RBL]
27253 kf011401

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

*survey report).* At least one of those other participants, David A. Dent, the surveyor representing Defendant's cargo underwriters, resides in Portland, Oregon (see copy of Mr. Dent's web page, as attachment to accompanying *Declaration of Marc E. Warner, para. 4).* It obviously makes sense for the litigation to take place in this District, where key witnesses as to liability and damages are within easy access.

## CONCLUSION

Plaintiff exercised its right to waive the German forum clause, and Plaintiff's choice to, instead, have the cargo dispute resolved here makes sense due to this District's substantial connection with the facts and evidence in this matter.

Therefore, Plaintiff asks the Court to deny Defendant's Motion to Dismiss.

DATED this **1st** day of June, 2009

/s/ Marc E. Warner
Marc E. Warner, WSBA #5937
Attorneys for Plaintiff
BBC Chartering & Logistic GmbH &
Co. KG
LeGros, Buchanan & Paul
701 Fifth Avenue, Ste. 2500
Seattle, WA 98104
Telephone: (206) 623-4990
Fax: (206) 467-4828
E-mail: mwarner@legros.com

PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS -- Page 4
[C09-5121RBL]
27253 kf011401

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Ronald B. Leighton, and all associated counsel of record.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 1st day of June, 2009.

*s/Diana L. Inscore*
Legal Assistant to Marc E. Warner
LeGros Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104
Telephone:     206-623-4990
Facsimile:     206-467-4828
E-mail:        dinscore@legros.com

PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS – Page 5
[C09-5121RBL]
27253 kf011401

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990