AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court
WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

BBC CHARTERING & LOGISTIC,
GmbH & Co.,

v.

VESTAS AMERICAN WIND
TECHNOLOGY, INC.,

CASE NUMBER: C09-5121 RBL

[ √ ] **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion to Dismiss Pursuant to Forum Selection Clause is GRANTED, and this matter is DISMISSED.

*DATED :*   June 26, 2009

    BRUCE  RIFKIN
*Clerk*

    /s/   Jean Boring
*(By) Deputy Clerk*, Jean Boring